# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

Case No: 13-17199 HAR Judge: ARTHUR I. HARRIS  
Case Name: WILSON, RONALD D  
WILSON, KIMBERLY S  
For Period Ending: 03/21/14

Trustee Name: MARY ANN RABIN, TRUSTEE  
Date Filed (f) or Converted (c): 10/11/13 (f)  
341(a) Meeting Date: 11/19/13  
Claims Bar Date: 06/05/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Debtors' Residence 10605 Chippewa Road Brecksville | 175,800.00 | 0.00 | | 0.00 | FA |
| 2. Rental Property 1717 1/2 Groovewood Avenue Parma, | 107,000.00 | 0.00 | | 0.00 | FA |
| 3. Cash on Hand Debtors' Possession | 0.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account at Fifth Third Bank | 400.00 | 0.00 | | 0.00 | FA |
| 5. Savings Account at Fifth Third Bank | 5.00 | 0.00 | | 0.00 | FA |
| 6. Checking Account at Third Federal S&L | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Savings account, Parma Credit Union | 5.00 | 0.00 | | 0.00 | FA |
| 8. Household Goods and Furnishings Debtors' Possessio | 3,500.00 | 0.00 | | 0.00 | FA |
| 9. Wearing Apparel Debtors' Possession | 900.00 | 0.00 | | 0.00 | FA |
| 10. Miscellaneous Jewelry Debtors' Possession | 500.00 | 0.00 | | 0.00 | FA |
| 11. Term Life Insurance, Debtor's Employer No cash val | 0.00 | 0.00 | | 0.00 | FA |
| 12. 401, Debtor's Employer (Ferro) | Unknown | 0.00 | | 0.00 | FA |
| 13. 401k, Debtor's Previous Employer | 9,091.59 | 0.00 | | 0.00 | FA |
| 14. Union Pension, Debtor's Employer | Unknown | 0.00 | | 0.00 | FA |
| 15. 2013 Tax refunds | 0.00 | 4,407.77 | | 0.00 | 4,407.77 |
| 16. 2008 Chrysler Town & Country Debtor's Possession 6 | 7,500.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $305,701.59 $4,407.77 $0.00 $4,407.77

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

March 21, 2014, 12:38 pm "Hearing Scheduled" 4/22/14 at10am - Turnover "Waiting for Funds" $4,407.77

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 07/20/14

/s/    MARY ANN RABIN, TRUSTEE

LFORM1    Ver: 17.05

Case No: 13-17199 HAR Judge: ARTHUR I. HARRIS  
Case Name: WILSON, RONALD D  
WILSON, KIMBERLY S  

Trustee Name: MARY ANN RABIN, TRUSTEE  
Date Filed (f) or Converted (c): 10/11/13 (f)  
341(a) Meeting Date: 11/19/13  
Claims Bar Date: 06/05/14  

_____ Date: 03/21/14  
MARY ANN RABIN, TRUSTEE